Silvey Law Office Ltd
Greg S. Silvey, Attorney
ISB # 5139
P.O. Box 5501
Boise, Idaho 83705
(208) 286-7400
ECF:greg@idahoappeals.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DC No. CR-22-154-S-BLW |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | AS COUNSEL |
| | ) | |
| KHADIJAH X. CHAPMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, Greg S. Silvey, counsel of record for Defendant Khadijah Chapman, and hereby moves to withdraw as counsel and requests that new CJA counsel be appointed for Ms. Chapman. This motion is supported by the attached declaration.

DATED This 9th day of November, 2023.

/s/
Greg S. Silvey
Attorney for Defendant
greg@idahoappeals.com

Motion to Withdraw as Counsel-1

# DECLARATION

GREG S. SILVEY, hereby declares under penalty of perjury as follows:

1. The Defendant lives in Atlanta, Georgia and she and undersigned counsel communicate primarily by telephone.

2. On 11/9/2023, at approximately 2 PM Mountain time, during a phone call, the Defendant requested that undersigned counsel bring a motion for him to withdraw as counsel and for new counsel to be appointed because, in short, he was not representing her in the way she desired.

3. Undersigned counsel also requests that he be allowed to withdraw as counsel because he and the Defendant have had an irrevocable breakdown in communication.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of November, 2023.

    /s/ Greg S. Silvey
Greg S. Silvey
Attorney at Law
greg@idahoappeals.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of November, 2023, a true and correct copy of the foregoing pleading was delivered by ECF to:

Sean Mazorol
U.S. Attorney's Office
MK Plaza, Plaza IV
800 Park Boulevard, Suite 600
Boise, Idaho 83712
Sean.mazorol@usdoj.gov


Jennifer L. Bilinkas
United States Department of Justice
1400 New York Ave., N.W.
Washington, DC 20005
jennifer.bilinkas@usdoj.gov

                                                /s/
                                        Greg S. Silvey
                                        Attorney for Defendant
                                        greg@idahoappeals.com