# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

U.S. District Judge: Amanda K. Brailsford  
Deputy Clerk: Kim Tudela  
Court Reporter: Tiffany Fisher

Date: November 13, 2023  
Time: 9:12 – 10:03

### UNITED STATES OF AMERICA v. KHADIJAH X. CHAPMAN
### Case No. 1:22-CR-154-AKB

Counsel for Government:  
Jennifer Bilinkas  
Sean Mazorol  
Tamara Livshiz

Counsel for Defendant:  
Greg Silvey

The Court conducted a hearing on Defendant's **Motion to Withdraw Counsel (dkt. 71)**.

The Court reviewed the case history.

The Government presented oral argument opposing the Motion to Withdraw.

The Court excused counsel for the Government and members of the public from the courtroom at 9:25 a.m.. An **ex parte hearing was conducted** with the defendant and defense counsel regarding the pending motion.

The Court denied the Motion to Withdraw for reasons stated on the record.

The case will proceed to trial as scheduled for 1:00 p.m. on November 13, 2023.

THESE MINUTES SHALL STAND AS ORDER OF THE COURT.